# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00657-CV

### In re Practical Technology, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Sam Marshall has filed a pro se submission with this Court purporting to be a petition for writ of mandamus on behalf of relator Practical Technology, Inc., complaining of the trial court's allegedly improper entry of default judgment in favor of the real party in interest prior to relator's answer deadline in the underlying suit. In litigation, only a licensed attorney can appear and represent a corporation. *Kennedy v. Kennedy*, 222 S.W.3d 97, 98 n.1 (Tex. App.—Austin 2006, no pet.); *Guadalupe Econ. Services Corp. v. Dehoyos*, 183 S.W.3d 712, 716 n.4 (Tex. App.—Austin 2005, no pet.). As acknowledged in his petition, Mr. Marhsall is not a licensed attorney. Accordingly, we dismiss the petition for writ of mandamus without prejudice to refiling by a licensed attorney.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: August 28, 2025